# EXHIBIT G

| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

## Davis Polk

**Edmund Polubinski III**

Davis Polk & Wardwell LLP        212 450 4695 tel
450 Lexington Avenue             212 701 5695 fax
New York, NY 10017               edmund.polubinski@davispolk.com


July 2, 2018


Re:     Shareholder Demands Dated April 10, 2018 and June 15, 2018

Gregory E. Del Gaizo
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101

Dear Mr. Del Gaizo:

I write in response to the letters dated April 10 and June 15, 2018 (the "Demands") that you sent to the board of directors of MiMedx Group, Inc. ("MiMedx" or the "Company") on behalf of Andrew Georgalas, whom you identify as a current shareholder of the Company.

The Board has reviewed the Demands, and the independent directors on the Board have formed a special committee to evaluate and investigate the allegations therein and to determine what action or actions to take in response. The special committee has retained our firm as independent counsel to assist in its work.

At this early stage, we cannot estimate precisely how long the special committee will need to complete its work, but the committee intends to proceed as expeditiously as possible. In the meantime, I invite you to provide any additional information that you have concerning purported breaches of fiduciary duty or other allegedly improper conduct by the Company's directors or officers.

Finally, your letter claims that your client is a beneficial owner of MiMedx stock (as of April 10, 2018), but provides no evidence of such ownership. In addition, under Florida law, a demanding shareholder must not only be a current shareholder but also must have owned the corporation's stock at the time of the conduct alleged in the demand. Accordingly, please provide evidence that your client owned MiMedx stock during the entire period relevant to the allegations in the Demand and that he continues to own the Company's stock.

Very truly yours,

Edmund Polubinski III

By E-mail and Overnight Courier